IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLAKE J. ROBBINS**, a Minor, by his Parents and Natural Guardians, **MICHAEL E. ROBBINS** and **HOLLY S. ROBBINS**, Individually, and on Behalf of all Similarly Situated Persons, Plaintiffs, | : : : : : : | CIVIL ACTION |
| v. | : : | NO. 2:10-cv-00665-JD |
| **LOWER MERION SCHOOL DISTRICT**, and **THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT**, and **CHRISTOPHER W. McGINLEY**, Superintendent of Lower Merion School District, Defendants. | : : : : : : : : | |

## ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of the Emergency Motion for Temporary Restraining Order and Imposition of Permanent Injunction filed by Plaintiffs, Blake J. Robbins, A Minor, by his Parents and Natural Guardians, Michael E. Robbins and Holly S. Robbins, Individually, and on Behalf of all Similarly Situated Persons, and after consideration by the Court and upon concluding that an Emergency Temporary Restraining must be issued in order to avoid immediate and irreparable harm to Plaintiffs and to preserve the status quo ante, and as Plaintiff has no adequate remedy at law,

IT IS HEREBY ORDERED that Plaintiffs' Emergency Motion for Temporary Restraining is hereby GRANTED in its entirety;

408476_1

IT IS FURTHER ORDERED that entry of this Temporary Restraining Order is essential in order to avoid immediate and irreparable harm to Plaintiffs and to preserve the status quo ante;

IT IS FURTHER ORDERED that:

1. Defendants, their agents, servants and representatives are hereby enjoined during the pendency of this action and permanently from remotely activating any and all web cams embedded in lap top computers issued to high school students within the Lower Merion School District;

2. Defendants, their agents, servants and representatives are hereby enjoined during the pendency of this action from contacting any members of the proposed class regarding any issue raised by Plaintiffs' Class Action Complaint; and

3. Defendants are to preserve all electronic files, data and storage media which pertain to Plaintiffs' claims and/or Defendants defenses, including, but not limited to, the preservation of any and all images obtained by Defendants via the remote activation of web cams embedded in the lap top computers issued to high school students by the Lower Merion School District.

4. Defendants are enjoined from in any manner taking possession of or therefore altering any of the computers currently in the possession of Lower Merion School District students.

BY THE COURT:

_____
JAN E. DUBOIS, JUDGE

408476_1