IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLAKE J. ROBBINS**, a Minor, by his Parents and Natural Guardians, **MICHAEL E. ROBBINS** and **HOLLY S. ROBBINS**, Individually, and on Behalf of all Similarly Situated Persons,<br>Plaintiffs, | CIVIL ACTION |
| v. | NO. 2:10-cv-00665-JD |
| **LOWER MERION SCHOOL DISTRICT**, and **THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT**, and **CHRISTOPHER W. McGINLEY**, Superintendent of Lower Merion School District,<br>Defendants. | |

### CERTIFICATE OF SERVICE

I, Stephen Levin, Esquire, hereby certify that I have this day served a true and correct copy of the foregoing Plaintiffs' Motion for Issuance of an Emergency Temporary Restraining Order and Imposition of a Permanent Injunction Pursuant to Federal Rule of Civil Procedure 65, by first class mail, upon the following

Lower Merion School District
301 East Montgomery Avenue
Ardmore, PA 19003

Kenneth Roos, Esquire
Wisler Pearlstine, LLP
484 Norristown Rd., Suite 100
Blue Bell, PA 19422
*Via Telefacsimile 610-828-4887*

_____
Stephen Levin, Esquire

DATED: 2/19/10

408480_1