# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| : | **CIVIL ACTION** |

**JOSEPH MICHAEL STROHL**

            **:**

  **v.**

            **:**

**JAMES L. GRACE, et. al.**    **:**    **NO. 06 - 2708**

## ORDER OF REPORT AND RECOMMENDATION

**AND NOW** this,      day of      2006, in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1 and 28 U.S.C. §636(b)(1)(B), it is hereby

    **ORDERED** that the above captioned case is referred to the Honorable **CAROL SANDRA MOORE WELLS,** United States Magistrate Judge, for Report and Recommendation.

                                **BY THE COURT:**

                                /s James T. Giles
                                **JAMES T. GILES, J.**