IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MICHAEL STROHL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES L. GRACE, et al | : | 06-2708 |

## O R D E R

AND NOW, this 11th day of July, 2006, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

1. The District Attorney of Northampton County is added as a party respondent and the caption is hereby so amended.

2. The District Attorney shall file specific and detailed answers within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

3. The Clerk of Court of Northampton County shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of Commonwealth v. Strohl, Court of Common Pleas of Northampton County, Criminal Case No. 829-2000, within thirty (30) days of the date of this order.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE