IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH MICHAEL STROHL        :    CIVIL ACTION
                             :
    v.                       :
                             :
JAMES L. GRACE, et al        :    06-2708

## O R D E R

AND NOW, this 4th day of August, 2006, Respondent's Motion for Extension of Time to File is GRANTED.   A response is due on or before October 25, 2006.

BY THE COURT:


 /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE