# EXHIBIT E

Dockets.Justia.com

IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 806 MAL 2002

    Respondent

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v.

JOSEPH MICHAEL STROHL,

    Petitioner

## ORDER

**PER CURIAM**

    **AND NOW,** this 13th day of February 2003, the Petition for Allowance of Appeal is hereby **DENIED**.

Mr. Justice Lamb did not participate in the consideration or decision of this matter.

TRUE & CORRECT COPY

ATTEST: FEB 1 3 2003

SHIRLEY BAILEY
CHIEF CLERK