ROBBINS et al v. LOWER MERION SCHOOL DISTRICT et al
Case 2:10-cv-00665-JD   Document 4-7   Filed 02/20/10   Page 1 of 2
Doc. 7 Att. 6

# EXHIBIT G

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

June 2, 2003

Mr. John M. Morganelli
DA's Ofc. Northampton County
669 Washington Street
Easton, PA 18042

    Re:  Joseph Michael Strohl
           v. Pennsylvania
           No. 02-9974

Dear Mr. Morganelli:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

                          Sincerely,

                          William K. Suter, Clerk