# EXHIBIT L

IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 481 MAL 2005 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| JOSEPH MICHAEL STROHL, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 26th day of October, 2005, the Petition for Allowance of Appeal is hereby DENIED.

TRUE & CORRECT COPY

ATTEST: OCT 26 2005

*Shirley Bailey*
SHIRLEY BAILEY
CHIEF CLERK