IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MICHAEL STROHL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES L. GRACE, et al | : | 06-2708 |

### O R D E R

AND NOW, this 8th day of December, 2006, Petitioner's Motion for Extension of Time is GRANTED. A response is due on or before January 17, 2007.

BY THE COURT:

 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE