IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLAKE J. ROBBINS, a Minor, by his Parents and Natural Guardians, MICHAEL E. ROBBINS and HOLLY S. ROBBINS, Individually, and on Behalf of all Similarly Situated Persons,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 10-665 |
| v. | : | |
| | : | |
| **LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT, and CHRISTOPHER W. McGINLEY, Superintendent of Lower Merion School District,** | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this 22nd day of February, 2010, upon consideration of American Civil Liberties Union of Pennsylvania's Motion for Leave to File Brief as Amicus Curiae in Support of Issuance of Injunction with appended Brief (Document No. 7, filed February 22, 2010), by agreement of the parties, **IT IS ORDERED** that American Civil Liberties Union of Pennsylvania's Motion for Leave to File Brief as Amicus Curiae in Support of Issuance of Injunction is **GRANTED**, and American Civil Liberties Union of Pennsylvania, through counsel, shall be permitted to participate in the hearing on February 22, 2010, on Plaintiff's Motion for Issuance of an Emergency Temporary Restraining Order Pursuant to Federal Rule of Civil Procedure 65.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.