IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLAKE J. ROBBINS**, a Minor, by his Parents and Natural Guardians, **MICHAEL E. ROBBINS** and **HOLLY S. ROBBINS**, Individually, and on Behalf of all Similarly Situated Persons, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 10-665 |
| v. | : : | |
| **LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT,** and **CHRISTOPHER W. McGINLEY,** Superintendent of Lower Merion School District, | : : : : : : : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 22nd day of February, 2010, upon consideration of Plaintiff's Motion for Issuance of an Emergency Temporary Restraining Order and Imposition of Permanent Injunction Pursuant to Federal Rule of Civil Procedure 65 (Document No. 2, filed February 19, 2010), following a Hearing on February 22, 2010, and the parties having reached agreement on the relief sought in the Motion, which agreement was embodied in a Stipulation and Order dated February 22, 2010, by agreement of plaintiffs, **IT IS ORDERED** that Plaintiff's Motion for Issuance of an Emergency Temporary Restraining Order and Imposition of Permanent Injunction Pursuant to Federal Rule of Civil Procedure 65 is **MARKED "WITHDRAWN WITHOUT PREJUDICE."**

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.