## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE J. ROBBINS, a Minor, by his Parents and Natural Guardians, MICHAEL E. ROBBINS and HOLLY S. ROBBINS, Individually, and on Behalf of all Similarly Situated Persons, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 10-665 |
| v. | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT, and CHRISTOPHER W. McGINLEY, Superintendent of Lower Merion School District, | : : : : : : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 22nd day of February, 2010, following a Hearing on Plaintiff's Motion

for Issuance of an Emergency Temporary Restraining Order and Imposition of Permanent

Injunction Pursuant to Federal Rule of Civil Procedure 65 on said date, and the parties having

reached agreement on the relief sought in the Motion, which agreement was embodied in a

separate Stipulation and Order dated February 22, 2010, **IT IS ORDERED** that the case shall

proceed on the following schedule:

1.  Defendants shall file and serve a response(s) to the Complaint within thirty (30) days;

2.  Plaintiffs shall file and serve a response(s) to any motions to dismiss within thirty (30)

days of service of any such motions; and,

3.  Two (2) copies of the documents identified in paragraphs 1 and 2 above shall be

served on the Court (Chambers, Room 12613) when the originals are filed.

**IT IS FURTHER ORDERED** that initial disclosure under Federal Rule of Civil Procedure 26(a)(1) shall be completed within thirty (30) days.  The parties, through counsel, shall report to the Court (letter to Chambers) on or before March 2, 2010, with respect to a proposed schedule for further proceedings.  If additional time is required for submission of the report, it should be requested by letter to Chambers on or before March 2, 2010.


**BY THE COURT:**


 /s/ Jan E. DuBois
JAN E. DUBOIS, J.