IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLAKE J. ROBBINS**, a Minor, by his Parents and Natural Guardians, **MICHAEL E. ROBBINS** and **HOLLY S. ROBBINS**, Individually, and on Behalf of all Similarly Situated Persons | : : : : : : | CIVIL ACTION |
| v. | : : | NO. 10-0665 |
| **LOWER MERION SCHOOL DISTRICT** and **THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT** and **CHRISTOPHER W. McGINLEY,** Superintendent of Lower Merion School District | : : : : : : | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on the date written below the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the ECF system, which also electronically served same on the following at the email addresses indicated:

>Arthur Makadon, Esquire
>Henry E. Hockeimer, Jr., Esquire
>Paul Lantieri, III, Esquire
>William B. Igoe, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>makadon@ballardspahr.com
>aleardi@ballardspahr.com
>congerm@ballardspahr.com
>electronicservice@ballardspahr.com
>hockeimerh@ballardspahr.com
>lantierip@ballardspahr.com
>collinsv@ballardspahr.com
>igoew@ballardspahr.com
>Attorneys for **Defendants**

**LAMM RUBENSTONE** LLC

*/s/ Frank Schwartz*
Frank Schwartz, Esquire (#52729)
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053-4900
(215) 638-9330 / (215) 638-2867 Fax

DATED: February 24, 2010    Attorneys for **Plaintiffs**

408646-1