IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE CO. | : | CIVIL ACTION |
| v. | : | |
| SAMANTHA WISMANN, ET AL | : | NO. 05-6672 |

**O R D E R**

**AND NOW,** this 25th day of April, 2006, upon consideration of Plaintiff's uncontested "Motion to Extend Time for Service of Summons and Complaint on Defendant Samantha Wismann" (Docket No. 14), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that the time for service of the Summons and Complaint on Defendant Samantha Wismann is hereby extended for a period of 60 days.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.