IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLAKE J. ROBBINS**, et. al., <br><br> Plaintiffs, <br> -and- <br><br> **COLLEEN AND KENNETH WORTLEY, FRANCES AND DAVID MCCOMB, AND CHRISTOPHER AND LORENA CHAMBERS** <br><br> Plaintiff-Intervenors, <br> v. <br><br> **LOWER MERION SCHOOL DISTRICT**, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:10-CV-00665JD |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of David E. Romine, of Langsam Stevens & Silver, LLP, on behalf of Plaintiffs-Intervenors in the referenced matter.

Dated: March 19, 2010

David E. Romine
LANGSAM STEVENS & SILVER LLP
1616 Walnut Street, Suite 1700
Philadelphia, PA 19103-5319
(215) 732-3255
(215) 732-3260 (fax)
dromine@langsamstevens.com
Attorneys for Plaintiffs-Intervenors

## CERTIFICATE OF SERVICE

      I certify that on this day I caused a true and correct copy of the foregoing Entry of Appearance to be served upon the following counsel via the ECF System and is available for viewing and downloading via the ECF System:

Mark S. Haltzman, Esq.
Lamm Rubenstone LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA  19053

Arthur Makadon, Esq.
Henry E. Hockheimer, Jr., Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Dated: March 19, 2010

_____
David E. Romine