

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBBINS

v.   CIVIL ACTION NO. 10-665

LOWER MERION
SCHOOL DISTRICT

FILED
APR 23 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### GOVERNMENT'S MOTION TO MODIFY THE COURT'S ORDER

The Court's order of April 14, 2010, interferes with the government's obligation to investigate possible criminal conduct occurring within this district. Because an explanation of this assertion involves matters occurring before the grand jury, the government files a detailed explanation under seal to comply with Fed. R. Crim. P. 6(e)(2). For these reasons, the government requests the Court to modify its order to permit the government access to the computers and the data that they hold.

Respectfully submitted,

MICHAEL L. LEVY
United States Attorney

MARY KAY COSTELLO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBBINS

v.

LOWER MERION
SCHOOL DISTRICT

CIVIL ACTION NO. 10-665

STATEMENT OF THE UNITED STATES OF AMERICA

This civil action involves the use by the Lower Merion School District of a wireless network control system called LanRev. The allegations are that the School District used the LanRev system to take photographs and screen shots of students through school-issued laptop computers. On February 22, 2010, the United States Attorney's office and the Federal Bureau of Investigation made public that they would conduct an investigation of the allegations in this civil action.

On April 14, 2010, the Court entered an Order (copy attached), which prohibited the dissemination of photographs and screen shots by the parties. The computers that operated the LanRev system are currently being held by Level 3 Communications (L3) on behalf of the Lower Merion School District. L3 is conducting a forensic examination. Before the Court issued the order of April 14, 2010, the government was aware of the School District's plan to have the forensic examination performed by L3. After consultation with counsel for the School district, the government made no effort to seize these computers with the understanding that it would have access to all data necessary to perform its investigation.

The Court's Order of April 14, 2010 interferes with the government's investigation. Title 28, United States Code, Section 517 permits the United States Attorney "to attend to the interests

of the United States in a suit pending in a court of the United States." The government therefore enters it appearance in this matter for the limited purpose of seeking a modification of the Court's Order of April 14, 2010.

Respectfully submitted,

MICHAEL L. LEVY
United States Attorney

MARY KAY COSTELLO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of Statement of the United States of America upon the following by :

Mark S. Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd.
Suite 200
Trevose, PA  19053

Henry E. Hockeimer, Jr.
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

FILED
. 2 3 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

/s/ Michael L. Levy
MICHAEL L. LEVY

April 23, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBBINS | : | |
| v. | : | CIVIL ACTION NO. 10-665 |
| LOWER MERION SCHOOL DISTRICT | : | |

## ORDER

AND NOW, this      day of          , 2010, the motion of the United States of America for access to the computers and servers of the Lower Merion School District, now in the custody of Level 3 Communications, and to any data contained in them, is hereby GRANTED.

BY THE COURT:

_____
HONORABLE JAN E. DuBOIS
*Senior Judge, United States District Court*