IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAKE J. ROBBINS, a Minor, by his Parents and Natural Guardians, MICHAEL E. ROBBINS and HOLLY S. ROBBINS, Individually, and on Behalf of all Similarly Situated Persons,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT, and CHRISTOPHER W. McGINLEY, Superintendent of Lower Merion School District,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 10-665 |

## ORDER

AND NOW, this 23rd day of April, 2010, upon consideration of Plaintiffs' Motion for Sanctions for Failure to Comply With Court Order Dated April 1, 2010 (Document No. 44, filed April 15, 2010), and the related submissions of counsel, **IT IS ORDERED** that Plaintiffs' Motion for Sanctions for Failure to Comply With Court Order Dated April 1, 2010, is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

_____
JAN E. DUBOIS, J.