IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE J. ROBBINS, et al., | : | Civil Action |
| | : | |
| Plaintiffs | : | No. 10-665 |
| | : | |
| v. | : | Hon. Jan E. DuBois |
| | : | |
| LOWER MERION SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants | : | |

**DEFENDANTS' RESPONSE TO THE GOVERNMENT'S MOTION
TO MODIFY THE COURT'S ORDER OF APRIL 14, 2010**

Defendants, Lower Merion School District, the Board of Directors of the Lower Merion School District, and Christopher W. McGinley, Superintendent of the Lower Merion School District (collectively, the "District"), do not oppose the government's motion seeking modification of the April 14, 2010 Order for the purpose of obtaining access to the District's pertinent computers in furtherance of the government's investigation.

|  | Respectfully submitted, |
|---|---|
| Date: May 4, 2010 | s/ Paul Lantieri III |
|  | Arthur Makadon |
|  | Henry E. Hockeimer, Jr. |
|  | Paul Lantieri III |
|  | William B. Igoe |
|  | Ballard Spahr LLP |
|  | 1735 Market Street, 51st Floor |
|  | Philadelphia, PA 19103-7599 |
|  | Tel.   215.665.8500 |
|  | Fax    215.864.8999 |
|  | Makadon@ballardspahr.com |
|  | HockeimerH@ballardspahr.com |
|  | LantieriP@ballardspahr.com |
|  | IgoeW@ballardspahr.com |
|  | *Attorneys for Defendants, Lower Merion School District, the Board of Directors of the Lower Merion School District, and Christopher W. McGinley* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing Defendants' Response to Government's Motion to Modify the Court's Order of April 14, 2010 to be served upon the below-listed counsel by the means indicated below:

**By ECF, and such document is available for viewing and downloading from the ECF system:**

    Mark S. Haltzman
    Stephen Levin
    Frank Schwartz
    Lamm Rubenstone LLC
    3600 Horizon Boulevard, Suite 200
    Trevose, PA 19053
    Tel.   215.638.9330
    Fax   215.683.2867
    MHaltzman@lammrubenstone.com
    SLevin@lammrubenstone.com
    FSchwartz@lammrubenstone.com

    *Attorneys for Plaintiffs, Blake J. Robbins, Michael E. Robbins, and Holly S. Robbins*

| | |
|---|---|
| Larry D. Silver | Bart D. Cohen |
| David E. Romine | Neill W. Clark |
| Langsam Stevens & Silver LLP | Berger & Montague, P.C. |
| 1616 Walnut St. | 1622 Locust Street |
| Suite 1700 | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | Tel.   215.875.4602 |
| Tel.   215.732.3255 | bcohen@bm.net |
| Fax   215.732.3260 | nclark@bm.net |
| dromine@langsamstevens.com | |

| | |
|---|---|
| Michael J. Boni<br>Boni & Zack LLC<br>15 St. Asaphs Rd.<br>Bala Cynwyd, PA 19004<br>Tel.    610.822.0200<br>Fax    610.822-0206<br>mboni@bonizack.com | Thomas F. Grady<br>Law Office of Thomas F. Grady, P.C.<br>The Bye-Benson House<br>2033 Walnut Street<br>Philadelphia, PA  19103<br>Tel.    215.977.7400<br>Fax    215.977.8160<br>grady@tfgrady.com<br><br>*Attorneys for Proposed Intervenors Colleen and Kenneth Wortley, Frances and David McComb, and Lorena Chambers* |
| Theresa E. Loscalzo<br>Stephen J. Schapiro<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel.    215.751.2000<br>Fax    215.751.2205<br>tloscalzo@schnader.com<br>sshapiro@schnader.com<br><br>*Attorneys for Proposed Intervenors Evan A. Neill, Richard A. Neill, and Elaine Louise Reed* | |

**By e-mail and first-class mail:**

| | |
|---|---|
| Witold J. Walczak<br>American Civil Liberties Foundation of Pennsylvania<br>313 Atwood Street<br>Pittsburgh, PA 15213<br>Tel.    412.681.7864<br>Fax    412.681.8707<br>wwalczak@aclupa.org | Mary Catherine Roper<br>American Civil Liberties Foundation of Pennsylvania<br>P.O. Box 40008<br>Philadelphia, PA 19106<br>Tel.    215.592.1513<br>Fax    215.592.1343<br>mroper@aclupa.org<br><br>*Attorneys for Proposed Intervenors Evan A. Neill, Richard A. Neill, and Elaine Louise Reed* |

Date:  May 4, 2010

/s/ Paul Lantieri III
Paul Lantieri III