### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLAKE J. ROBBINS, a Minor, by his Parents** | : | **CIVIL ACTION** |
| **and Natural Guardians, MICHAEL E.** | : | |
| **ROBBINS and HOLLY S. ROBBINS,** | : | |
| **Individually, and on Behalf of all Similarly** | : | |
| **Situated Persons,** | : | |
| **Plaintiffs,** | : | |
| | : | **NO. 10-665** |
| **v.** | : | |
| | : | |
| **LOWER MERION SCHOOL DISTRICT,** | : | |
| **THE BOARD OF DIRECTORS OF THE** | : | |
| **LOWER MERION SCHOOL DISTRICT, and** | : | |
| **CHRISTOPHER W. McGINLEY,** | : | |
| **Superintendent of Lower Merion School** | : | |
| **District,** | : | |
| **Defendants.** | : | |

### O R D E R

AND NOW, this 7th day of May, 2010, upon consideration of the Government's Motion to Modify the Court's Order (Document No. 49, filed April 23, 2010); Defendants' Response to the Government's Motion to Modify the Court's Order of April 14, 2010 (Document No. 58, filed May 4, 2010), and Plaintiffs' Response to the Government's Motion to Modify the Court's Order of April 14, 2010 (Document No. 60, filed May 5, 2010), **IT IS ORDERED** that the Government's Motion to Modify the Court's Order is **GRANTED**.  The Order of February 20, 2010, as amended by the Order of March 10, 2010, is **FURTHER AMENDED**, so as to permit the Government access to the computers and servers of the Lower Merion School District now in the custody of Level 3 Communications, and to any data contained in such computers and servers, subject to the *proviso* that, in the course of the Government's investigation, the Government shall do all that is reasonable to protect the privacy interests of students and family

members whose images and/or communications were captured in photographs and screen shots

obtained through use of Lower Merion School District's Lan Rev software.

**BY THE COURT:**


**/s/ Jan E. DuBois**
　　　**JAN E. DUBOIS, J.**