LAW OFFICES
# LAMM RUBENSTONE LLC
3600 HORIZON BOULEVARD
SUITE 200
TREVOSE, PA 19053
(215) 638-9330
FAX: (215) 638-2867
www.lammrubenstone.com

LEHIGH VALLEY OFFICE
1275 GLENLIVET DRIVE
SUITE 100
ALLENTOWN, PA 15106
(610) 706-4300
(610) 706-4343 FAX

NEW JERSEY OFFICE
COMMERCE CENTER
SUITE 195
1620 CHAPEL AVENUE WEST
CHERRY HILL, NJ 08002
(856) 448-8006
FAX: (856) 488-5690

Mark S. Haltzman
Direct Dial No.: (215) 244-2444
E-Mail:
MHALTZMAN@LAMMRUBENSTONE.COM

ATTORNEYS LICENSED TO
PRACTICE IN PA, NJ AND DE

May 10, 2010

VIA FACSIMILE #215-580-2141
The Honorable Jan E. DuBois
United States District Court
Eastern District of Pennsylvania
12613 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Blake J. Robbins, a Minor, et al. v. Lower Merion School
      District, et al.*; U.S.D.C., E.D. Pa.; Civil Action No. 10-0665

Dear Judge DuBois:

Pursuant to Local Rule of Civil Procedure, Rule 23.1(c), within ninety days after filing of a Complaint in a class action, unless this is extended, the Plaintiff must move for determination of class status. The ninety day period would expire on May 17, 2010.

This letter is to request a twenty day extension to file the Motion for Class Certification. Defendants do not oppose this requested extension.

Respectfully,

LAMM RUBENSTONE LLC

Mark S. Haltzman

cc:   Henry E. Hockeimer, Jr., Esquire (via email)
      Paul Lantieri, III, Esquire (via email)

Long Relationships and Total Dedication

411415_1