IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLAKE J. ROBBINS**, a Minor, by his Parents and Natural Guardians, **MICHAEL E. ROBBINS** and **HOLLY S. ROBBINS**, Individually, and on Behalf of all Similarly Situated Persons,<br>         Plaintiffs,<br><br>         v.<br><br>**LOWER MERION SCHOOL DISTRICT**, **THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT**, and **CHRISTOPHER W. McGINLEY**, Superintendent of Lower Merion School District,<br>         Defendants. | CIVIL ACTION<br><br><br><br><br><br>NO. 10-665 |

### O R D E R

**AND NOW**, this 11th day of May, 2010, upon consideration of the request of plaintiffs' counsel for a twenty (20) day extension of time from May 17, 2010, to June 7, 2010, by which to file a motion for class certification pursuant to Local Rule of Civil Procedure 23.1(c),[1] there being no objection, **IT IS ORDERED** that the request of plaintiffs' counsel for a twenty (20) day extension of time from May 17, 2010, to June 7, 2010, by which to file a motion for class certification pursuant to Local Rule of Civil Procedure 23.1(c) is **GRANTED**, and the time for filing and serving a motion for class certification pursuant to Local Rule of Civil Procedure 23.1(c) is **EXTENDED** for twenty (20) days to June 7, 2010.  Two (2) copies of plaintiffs'

---

[1] A copy of the letter/request from plaintiff's attorney dated May 10, 2010, shall be docketed by the Deputy Clerk.

motion for class certification shall be served on the Court (Chambers, Room 12613) when the original is filed.

                                                       **BY THE COURT:**

                                                   __/s/ Jan E. DuBois__
                                                         **JAN E. DUBOIS, J.**