**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BLAKE J. ROBBINS, a Minor, by his Parents and Natural Guardians, MICHAEL E. ROBBINS and HOLLY S. ROBBINS, Individually, and on Behalf of all Similarly Situated Persons,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | **NO. 10-665** |
| **v.** | : | |
| **LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT, and CHRISTOPHER W. McGINLEY, Superintendent of Lower Merion School District,** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this 11th day of May, 2010, **IT IS ORDERED** that the Order of May 7, 2010, is **AMENDED** so as to **PROVIDE** that, in addition to amending the Order of February 20, 2010, as amended by the Order of March 10, 2010, the May 7, 2010 Order amends the Order of April 14, 2010.

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Order of May 7, 2010, **CONTINUES IN EFFECT**.

**BY THE COURT:**

**/s/ Jan E. DuBois**
**JAN E. DUBOIS, J.**