IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE J. ROBBINS, a Minor, by his Parents and Natural Guardians, MICHAEL E. ROBBINS and HOLLY S. ROBBINS, Individually, and on Behalf of all Similarly Situated Persons,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT, and CHRISTOPHER W. McGINLEY, Superintendent of Lower Merion School District,<br>　　　　Defendants. | : : : : : : : : : : : : : : : : : | CIVIL ACTION<br><br><br><br><br>NO. 10-665 |

## ORDER

**AND NOW**, this 28th day of May, 2010, upon consideration of the Motion of the Wortley Intervenors to File a Reply Brief in Support of Their Intervention Motion (Document No. 70, filed May 28, 2010), **IT IS ORDERED** that the Motion of the Wortley Intervenors to File a Reply Brief in Support of Their Intervention Motion is **GRANTED**. The Reply Memorandum of Law in Support of Motion of Colleen and Kenneth Wortley, Frances and David McComb, and Christopher and Lorena Chambers for Intervention, shall be **DOCKETED** by the Deputy Clerk.

BY THE COURT:

_/s/ Jan E. DuBois_
JAN E. DUBOIS, J.

5-28-10
Faxes to All Counsel