IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLAKE J. ROBBINS, a Minor, by his Parents and Natural Guardians, MICHAEL E. ROBBINS and HOLLY S. ROBBINS,** Individually, and on Behalf of all Similarly Situated Persons, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO. 10-665 |
| **LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT,** and **CHRISTOPHER W. McGINLEY,** Superintendent of Lower Merion School District, | : : : : : : : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 16th day of June, 2010, upon consideration of Plaintiff's Motion for Class Certification (Document No. 73, filed June 7, 2010), the Court noting that the date for responding to the Motion is June 24, 2010, and defense counsel having requested a two (2) week extension of the date for responding to the Motion, that is, an extension of time to July 8, 2010, there being no objection, **IT IS ORDERED** that defense counsel's request for a two (2) week extension of the date for responding to Plaintiff's Motion for Class Certification is **GRANTED**, and the time for responding to Plaintiff's Motion for Class Certification is **EXTENDED** for two (2) weeks from June 24, 2010, to July 8, 2010. Two (2) copies of the response shall be served on the Court (Chambers, Room 12613) when the original is filed.

BY THE COURT:

/s/ Jan E. DuBois
**JAN E. DUBOIS, J.**