IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAKE J. ROBBINS, a Minor, by his Parents and Natural Guardians, MICHAEL E. ROBBINS and HOLLY S. ROBBINS, Individually, and on Behalf of all Similarly Situated Persons,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT, and CHRISTOPHER W. McGINLEY, Superintendent of Lower Merion School District,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br><br><br><br>NO. 10-665 |

## O R D E R

**AND NOW**, this 29th day of July, 2010, upon consideration of Plaintiffs' Motion for Class Certification (Document No. 73, filed June 7, 2010), Defendants' Cross-Motion for Entry of Permanent Equitable Relief (Document No. 81, filed July 16, 2010), Plaintiffs' Motion for Interim Attorney's Fees Pursuant to 42 U.S.C. § 1988 (Document No. 84, filed July 26, 2010), and Defendants' Motion for Leave to Supplement Their Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and in Support of Defendants' Cross-Motion for Entry of Permanent Equitable Relief (Document No. 85, filed July 28, 2010), **IT IS ORDERED** as follows:

　　1. The time by which plaintiffs must respond to Defendants' Cross-Motion for Entry of Permanent Equitable Relief and file a reply to Plaintiffs' Motion for Class Certification is **EXTENDED** until further order of the Court;

　　2. Defendants' Motion for Leave to Supplement Their Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and in Support of Defendants' Cross-Motion for Entry of Permanent Equitable Relief is **GRANTED**; and,

　　3. The parties, through counsel, shall meet and confer in an effort to resolve any issues presented by

Plaintiffs' Motion for Interim Attorney's Fees Pursuant to 42 U.S.C. § 1988, and jointly report to the Court (letter to Chambers, Room 12613) on or before August 6, 2010, with respect to the results of that meeting. If the parties are unable to reach agreement with respect to that Motion, defendants shall file and serve their response on or before August 12, 2010. Two (2) copies of the response shall be served on the Court, in Chambers, when the original is filed.

**IT IS FURTHER ORDERED** that the parties, through counsel, shall submit memoranda of law on the question of the findings of fact and conclusions of law the Court is required to make with respect to a motion for class certification of a class seeking only equitable relief (a) if the motion is opposed, and (b) if the motion is unopposed, on the following schedule:

        Plaintiffs - on or before August 18, 2010; and,

        Defendants - on or before September 1, 2010.

Two (2) copies of each memorandum shall be served on the Court, in Chambers, when the original is filed.

        **BY THE COURT:**

        /s/ Jan E. DuBois
           **JAN E. DUBOIS, J.**