# EXHIBIT B



July 23, 2010
Lamm Rubenstone, LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

**Interim Billing- Robbins v. Lower Merion School District Matter**

| Date | Hour | Description |
| --- | --- | --- |
| 2/22/10 | 0.6 | JS Expedited background research on Lan Rev Software |
| 2/22/10 | 3.2 | JS Preparation/Research on LanRev Software in anticipation of Emergency Temporary Restraining Order Hearing |
| 2/22/10 | 0.5 | JS Meeting with Lamm Rubenstone Team prior to the Hearing on Plaintiff's Motion for Emergency Temporary Restraining Order, before Honorable Jan E. Dubois |
| 2/22/10 | 3.1 | JS Participation in Emergency Temporary Restraining Order Hearing |
| 2/22/10 | 2 | JS Travel time to and from Federal CourtHouse, Philadelphia PA (incl parking fees) |
| 2/23/10 | 3.7 | JS Meeting with Mark Haltzman regarding first conference call to L-3 and post-call discussion |
| 2/23/10 | 2.1 | JS Preparation/Research of Memo to File regarding the first conference call with L-3 |
| 2/23/10 | 1.9 | JS attendance at LMSD Parent Meeting that evening in Narberth Borough Hall |
| 2/23/10 | 4.3 | JS Further research on LanRev software platform capabilities |
| 2/24/10 | 14 | JS Build out and testing of LanRev lab environment |
| 2/25/10 | 12 | JS Build out and testing of LanRev lab environment |
| 2/26/10 | 7 | JS Build out and testing of LanRev lab environment |
| 2/27/00 | 1.6 | JS Meeting with Mark Haltzman to discuss possible forensic acquisition, further review of initial L-3 commentary |
| 2/27/10 | 12 | JS Research of MAC Osx Forensic Artifacts |
| 2/28/10 | 3.2 | JS Meeting with Mark Haltzman to discuss MAC OSx issues, preparation time for said meeting |
| 3/1/10 | 3.5 | JS Multiple telephone conversations with Mark Haltzman regarding streaming capbilities / research thereon |
| 3/1/10 | 0.2 | JS Brief telephone conversation with Steve Levin regarding streaming capabilities |
| 3/1/10 | 2.3 | JS further research on streaming capabilities |
| 3/2/10 | 3 | JS research on Lan Rev software security architecture |
| 3/2/10 | 3.2 | JS review of custodian Michael Perbix's publicly available online presence at Apple Corporation webinar |
| 3/3/10 | 3.3 | JS review of custodian Michael Perbix's publicly available online presence |
| 3/3/10 | 2.5 | JS Research relating to forensic implications of Perbix's activation of Lan Rev theft tracking functionality (security rights administration) |
| 3/5/10 | 5.4 | JS Research relating to forensic implications of Perbix's activation of Lan Rev theft tracking functionality (intermittent LED activation) |
| 3/6/10 | 3.3 | JS Research relating to forensic implications of Perbix's activation of Lan Rev theft tracking functionality (remote administrative consoles) |
| 3/7/10 | 3.6 | JS Research relating to forensic implications of Perbix's activation of Lan Rev theft tracking functionality (feasability of mass retrieval of artifacts from endpoints) |

Palo Alto, CA
650.924.1002
www.medlawguard.com
Bala Cynwyd, PA
484.278.1001

medicine • law • technology

| Date | Hour | Description |
|---|---|---|
| 3/9/10 | 5.2 | JS Strategy for L-3 electronic discovery issues, retention, etc |
| 3/11/10 | 0.4 | JS Brief telephone conversation with Mark Haltzman in preparation for second L-3 conference call to occur the following day |
| 3/12/10 | 2.5 | JS Meeting with Mark Haltzman - Second L-3 Conference call |
| 3/12/10 | 1.7 | JS Post conference call telephone conference with Mark Haltzman regarding the content of the second L-3 Conference call |
| 3/12/10 | 4.2 | JS Preparation of L3 Memo to file - content of second L-3 Conference call |
| 3/13/10 | 13.4 | JS Research relating to LanRev / Absolute software transition, preparation and initial draft of Questions to L-3 |
| 3/14/10 | 3.2 | JS Meeting with Mark Haltzman to discuss scope and content of L-3 questions and further research / preparation |
| 3/14/10 | 4.5 | JS further research based upon above exchange |
| 3/15/10 | 3.5 | JS Final revision and redraft of Questions for presentation to L-3 |
| 3/17/10 | 5.3 | JS research on "Theft Tracking" feature provided by LanRev software platform |
| 3/18/10 | 5.5 | JS research of publicly available online blog content authored by custodian Michael Perbix |
| 3/20/10 | 5.1 | JS Research and analysis of implications related to "Installation of Updates" by LMSD for special student needs |
| 3/21/10 | 5.5 | JS Research and analysis of "Installation of Updates by LMSD" issues |
| 3/22/10 | 4.4 | JS Research and analysis of "Installation of Updates" by LMSD for special student needs - forensic effects |
| 3/23/10 | 3.3 | JS Research and analysis of "Installation of Updates" by LMSD for special student needs - forensic effects |
| 3/24/10 | 4.3 | JS Research on functional changes secondary to Absolute Software's acquisition of Pole Position Software LanRev product |
| 3/27/10 | 2.3 | JS Research and analysis of "screen capture" forensic header signatures |
| 3/28/10 | 2 | JS Further research/analysis of screen capture forensic header signatures |
| 3/29/10 | 2 | JS Arlen Specter Hearing on Inadequacy of existing electronic privacy legislation |
| 3/30/10 | 9.7 | JS Telephone conference with Mark Haltzman and research in preparation of "Meeting with L-3" to be held on 3/31/2010 |
| 3/31/10 | 2.1 | JS attendance at meeting with L-3 offices in Horsham (review of presentation previously made to LMSD board) with Q&A |
| 3/31/10 | 1.5 | JS Travel to and from L-3 meeting |
| 3/31/10 | 5.4 | JS Post L-3 meeting research and analysis |
| 3/31/10 | 4.3 | JS Analysis of LMSD Electronic Records Retention Policies in relation to potential requests for production |
| 4/1/10 | 1.2 | JS Research and analysis of issues relating to systems possesed by custodian Carol Cafiero |
| 4/1/10 | 2.3 | JS Research regarding custodian Carol Cafiero |
| 4/4/10 | 4.5 | JS Initial research and analysis of potential "Rule 30(b) questions/forensic implications" for upcoming depositions |
| 4/5/10 | 7.2 | JS Research relating to Rule 30(b) issues, preparation of Rule 30(b) questions, forensic implications, review of L-3 initial answers to questions |
| 4/6/10 | 2.9 | JS Final proposed draft of forensically relevant questions for inclusion in Rule 30(b) proceeding |
| 4/7/10 | 1.1 | JS Review of potential forensic issues relating to Rule 30(b) questions, telephone conference with Mark Haltzman |

Palo Alto, CA
650 924 1002

www.medlawguard.com

Bala Cynwyd, PA
484 278 1001

medicine • law • technology

| Date | Hour | Description |
|---|---|---|
| 4/7/10 | 5.4 | JS Preparation for custodian Michael Perbix deposition subsequent to telephone conference with Mark Haltzman |
| 4/8/10 | 5.5 | JS Final preparation for, and Attendance at custodian Michael Perbix deposition |
| 4/8/10 | 1.6 | JS travel to and from custodian Michael Perbix deposition in Trevose |
| 4/8/10 | 4.1 | JS post- custodian Michael Perbix depositon research |
| 4/10/10 | 7.3 | JS Analysis of SQL Lite database architecture and forensic profile |
| 4/12/10 | 0.5 | JS Telephone conversation with Mark Haltzman including discussion of custodian Carol Cafiero's deposition |
| 4/14/10 | 0.5 | JS Follow up conversation post custodian Carol Cafiero deposition |
| 4/23/10 | 0.5 | JS Telephone conversation with Mark Haltzman regarding possible acquisition of custodian Carol Cafiero's computers |
| 4/26/10 | 1.7 | JS Meeting in Trevose with Mark Haltzman to review stipulation |
| 4/26/10 | 1.6 | JS Travel to and from Trevose |
| 4/27/10 | 0.8 | JS Multiple conversations to schedule forensic imaging of systems possessed by custodian Carol Cafiero |
| 4/28/10 | 6.1 | JS Forensic imaging of custodian Carol Cafiero's two computer systems (including exotic Solid State Drive in Dell Adamo Notebook) |
| 4/28/10 | 0.8 | JS Telephone conference with Mark Haltzman regarding post-forensic imaging of custodian Carol Cafiero's systems |
| 5/4/10 | 4.8 | JS Review of L-3 LMSD report |
| 5/10/10 | 1.5 | JS conversations with Mark Haltzman regarding feasability of utilizing alternative image recovery methodologies |
| 5/10/10 | 6.2 | JS research regarding validation of L-3 recovery activities |
| 5/11/10 | 0.5 | JS conversation with L-3 regarding image recovery methodology |
| 5/13/10 | 1.1 | JS Telephone conversation with multiple L-3 personnel regarding image recovery methodologies |
| 5/13/10 | 0.2 | JS Telephone conference with Mark Haltzman to discuss same day L-3 conversation regarding image recovery methodologies |
| 5/18/10 | 6 | JS research of emerging image recovery technologies as published in various digital forensic journals |
| 5/30/10 | 3.3 | JS Technical assistance in development of proposed court order to facilitate validation of L-3 image recovery findings |
| 6/1/10 | 0.9 | JS Meeting with Mark Haltzman and Lamm Rubenstone personnel relating to proposed court order for validation of L-3 image recovery findings |
| 6/1/10 | 1.6 | JS Travel to and from Trevose |
| 6/1/10 | 0.8 | JS Telephone conference with Lamm Rubenstone personnel regarding draft of proposed court order |
| 6/4/10 | 1.1 | JS Meeting at L-3 offices in Horsham to discuss proposed court order for validation of L-3 image recovery findings |
| 6/4/10 | 1.6 | JS Travel time to L-3 offices in Horsham |
| 6/9/10 | 9.2 | JS Build and validation of forensic examination platform for use at L-3 facilities in Horsham |
| 6/10/10 | 7.6 | JS Build and validation of forensic image recovery toolchains for use at L-3 facilities in Horsham |
| 6/11/10 | 1.1 | JS Visit to L-3 and Kevin Brennan to discuss validation exercise and exchange of hashes, and representative benign images and screenshots for signature analysis |
| 6/11/10 | 1.6 | JS Travel time to L-3 Offices |

Palo Alto, CA
650 924 1002

www.medlawguard.com

Bala Cynwyd, PA
484 278 1001

medicine • law • technology

| Date | Hour | Description |
|---|---|---|
| 6/14/10 | 1.5 | JS AM Setup of Forensic Workstation in L-3 Facilities start of custodian Michael Perbix MacPro image analysis |
| 6/14/10 | 2.9 | JS PM continuation of Michael Perbix MacPro image analysis (no travel charge between AM and PM efforts on same date) |
| 6/14/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/15/10 | 1.4 | JS custodian Michael Perbix MacPro image recovery analysis |
| 6/15/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/16/10 | 1.5 | JS custodian Michael Perbix MacPro image recovery analysis |
| 6/16/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/18/10 | 5.3 | JS custodian Michael Perbix MacPro image recovery analysis |
| 6/18/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/21/10 | 4.8 | JS custodian Michael Perbix MacPro image recovery analysis |
| 6/21/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/22/10 | 5.5 | JS custodian Michael Perbix MacPro image recovery analysis |
| 6/22/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/23/10 | 0.7 | JS custodian Michael Perbix MacPro image recovery analysis |
| 6/23/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/24/10 | 0.5 | JS custodian Michael Perbix MacPro image recovery analysis |
| 6/24/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/25/10 | 3.7 | JS custodian Michael Perbix MacPro image recovery analysis |
| 6/25/10 | 1.6 | JS Travel to and from L-3 Offices |
| 6/28/10 | 2 | JS custodian Michael Perbix MacPro Image recovery analysis |
| **Total :** | **351.7** | **$87,925** |

Palo Alto, CA
650 924 1002

www.medlawguard.com

Bala Cynwyd, PA
484 278 1001

medicine • law • technology



## John E. Steinbach, EnCE, CPHIMS

John Steinbach brings more than 20 years of experience in the world of technology to Medlawguard Forensics, a medico-legal healthcare technology risk assessment consultancy formed in 2007. Clearly foreseeing the impact of technology upon both the practice of medicine and law, Medlawguard assists healthcare providers, hospital systems and the defense bar, in the navigation of the often treacherous path of risk assessment and minimization associated with the implementation of electronic medical records and the utilization of increasingly complex medical devices. With John's digital forensic certifications, he brings to Medlawguard the additional capacity of electronic record and medical device analysis in light of the emerging disciplines of Electronic Discovery and Computer Forensics.

Prior to his involvement with Medlawguard, John held the top technology post for one of the fastest growing health care startups in the United States. Providing revenue cycle management and regulatory compliance products to more than 250 hospitals across the nation, John was responsible for the design and implementation of computing infrastructure and software engineering for the enterprise. During his tenure, John implemented systems that provided bed side wireless capture of clinical encounter data for more than 120,000 hours of physician staffing annually. Medical economics and clinical informatics are areas of great interest to John who believes that technology holds the key to improved and more affordable healthcare.

John founded several systems integration firms starting at the dawn of the Personal Computing revolution and has provided services ranging from network system design to custom n-tier software development. Along the way he has served a diverse clientele including startups that eclipsed $50MM in 2 years and financial service providers with more than $10BB under management. In his last venture John was one of fewer than 10 developers in the world certified to develop solutions based upon an ultra low power mesh networking technology known as Smart Dust. These once classified wireless technologies will soon give rise to an "Internet of Things" that foreshadows a future that closely interlinks the physical world and cyberspace.

Hands on experience with systems ranging from cluster computing to industrial automation controllers affords John an over-arching perspective that is uncommon in a discipline that is renowned for its often myopic approach to problem solving. John's unusually broad experience and technical depth provide crucial insight to clients and their counsel in the development of cost effective and risk minimized utilization of emerging healthcare technology.

John holds an undergraduate degree in business and completed post baccalaureate studies in physics, chemistry and biology. John currently resides in the western suburbs of Philadelphia with his family.

Palo Alto, CA
650 324 1002

www.medlawguard.com

Bala Cynwyd, PA
484 278 1001

medicine • law • technology



# Marlowe Schaeffer-Polk, JD, DO

Marlowe Schaeffer-Polk, JD, DO, is one of the founding partners of Medlawguard Forensics, located in Bala Cynwyd, Pennsylvania. Dr.Schaeffer brings both her experience as a practicing attorney as well as a practicing physician. After completing Villanova University as a cum laude graduate, Dr. Schaeffer obtained her JD at VillanovaUniversity School of Law.

As a third year student, she participated in the Rule 11 Program in which senior law students were permitted to represent the Commonwealth while conducting preliminary hearings for the Chester County District Attorney's Office. It was during this time, she furthered her trial techniques by opposing some of the best criminal defense attorneys of Philadelphia.

After graduating from law school, Marlowe co-founded the first "all-female law firm" in Chester County, featured in the Philadelphia press. She continued to work in private practice until 1987, when she applied and was accepted into medical school. Dr. Schaeffer is a graduate of PCOM, of Philadelphia, Pennsylvania. Even while a student at medical school, Marlowe was lecturing on topics of forensic interest, including the Insanity Defense and Pennsylvania's Rules regarding Involuntary Commitments. She also participated in several independent studies, studying with a leading forensic pathologist in the Philadelphia Medical Examiner's Office (in the performance of autopsies and crime scene evaluations) and a leading forensic psychiatrist (in the evaluation of the criminally insane and the associated court testimony). She authored several articles as part of these studies.

Marlowe also served in a supervisory role while employed with a private, Philadelphia-based, physician organization involved with hospital revenue integrity as well as Medicare compliance. With her expertise in both law and medicine, Dr. Schaeffer continues to lecture to both physicians and attorneys in the areas of electronic discovery, digital forensics and electronic medical records. She has co-authored several articles regarding the emerging issue of personal health records and their legal and medical implications.

Dr. Schaeffer is a member of the AOA, POMA, Board Member of the Delaware County Medical Society, Board Member of the Delaware Valley Chapter of HIMSS, Physician's IT Symposium and both the Chester County and Pennsylvania Bar Associations. She and her two teenage children reside in the suburbs of Philadelphia.

Palo Alto CA
650 924 1002

www.medlawguard.com

Bala Cynwyd, PA
484 278 1001

medicine • law • technology