IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAKE J. ROBBINS, a Minor, by his Parents and Natural Guardians, MICHAEL E. ROBBINS and HOLLY S. ROBBINS, Individually, and on Behalf of all Similarly Situated Persons,<br>        Plaintiffs,<br><br>        v.<br><br>LOWER MERION SCHOOL DISTRICT, THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT, and CHRISTOPHER W. McGINLEY, Superintendent of Lower Merion School District,<br>        Defendants. | CIVIL ACTION<br><br><br><br><br><br><br>NO. 10-665 |

# O R D E R

**AND NOW**, this 30th day of August, 2010, upon consideration of Plaintiffs' Motion for Interim Attorneys' Fees Pursuant to 42 U.S.C. § 1988 (Document No. 84, filed July 26, 2010); Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Interim Attorneys' Fees Pursuant to 42 U.S.C § 1988 (Document No. 88, filed August 12, 2010); Plaintiffs' Reply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Interim Attorneys' Fees Pursuant to 42 U.S.C § 1988 (Document No. 91, filed August 23, 2010); and Plaintiffs' Amended Reply to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Interim Attorneys' Fees Pursuant to 42 U.S.C § 1988 (Document No. 92, filed August 24, 2010), for the reasons set forth in the Memorandum dated August 30, 2010, **IT IS ORDERED** that Plaintiffs' Motion for Interim Attorneys' Fees is **GRANTED IN PART**, and **DENIED IN**

**PART**, as follows:

(1) plaintiffs' motion is granted as to those fees and costs related to the entry of preliminary injunctive relief; and

(2) plaintiffs' motion is denied on the present state of the record as to all other fees and costs.

**IT IS FURTHER ORDERED** that parties, through counsel, shall **MEET** and **CONFER** on or before September 8, 2010, in an effort to reach agreement on an amended fee motion that is in conformance with the attached Memorandum. Any agreed-upon fee motion shall be submitted to the Court by the close of business on September 13, 2010. In the event that no agreement is reached, plaintiffs shall submit their amended fee motion by September 13, 2010, and defendants shall file their response by September 20, 2010.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**JAN E. DUBOIS, J.**