IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLAKE J. ROBBINS**, a Minor, by his Parents and Natural Guardians, **MICHAEL E. ROBBINS** and **HOLLY S. ROBBINS**, Individually, and on Behalf of all Similarly Situated Persons | CIVIL ACTION |
| v. | NO. 10-0665 |
| **LOWER MERION SCHOOL DISTRICT** and **THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT** and **CHRISTOPHER W. McGINLEY**, Superintendent of Lower Merion School District | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 14th day of OCTOBER, 2010, upon consideration of Plaintiffs' Petition for Leave to Settle or Compromise Minor's Action, and any responses thereto,

IT IS HEREBY ORDERED and DECREED that said Petition is GRANTED. The claims of the minor, Blake Robbins, shall settle for the sum of One Hundred Seventy-Five Thousand Dollars and No Cents ($175,000.00) and shall be deposited as follows:

a. One Hundred Fifty Thousand Dollars ($150,000.00) shall be placed in an 18 month certificate of deposit in a National Bank and shall be titled: Michael and/or Holly Robbins, f/b/o Blake J. Robbins under the Uniform Transfer to Minors Act (UTMA). Such Certificate of Deposit shall not be redeemed prior to the time that Blake Robbins reaches the age of 18 years old, and

416290-1

b. Twenty Five Thousand Dollars ($25,000.00) shall be placed in a money market savings account with a National Bank and shall be titled: Michael and/or Holly Robbins, f/b/o Blake J. Robbins under the UTMA. Such funds shall be used only for the education, health, maintenance and support of Blake J. Robbins, including without limitation, purchasing and insuring an automobile for Blake J. Robbins. Any ~~money used~~ PAYMENTS from this account shall be ~~done based on the~~ MADE ONLY BY joint agreement of Michael and Holly Robbins. Any money not used for such purposes by the date that Blake J. Robbins reaches the age of 18 years old shall be turned over to him.

IT IS HEREBY FURTHER ORDERED and DECREED that attorneys' fees and costs in the amount of Four Hundred and Twenty Five Thousand ($425,000) as noted in the attached Petition are hereby approved and shall be paid to Lamm Rubenstone LLC in accordance with the terms of the Settlement Agreement attached to the Petition.

BY THE COURT:

_/s/ Jan E. DuBois_
JAN E. DUBOIS, U.S.D.J.